FILED

2010 FEB 19 P 3: 06  E-filing

RICHARD W. WIEKING

1  Larry W. McFarland (Bar No. 129668)
   E-Mail: lmcfarland@kmwlaw.com
2  Dennis Wilson (Bar No. 155407)
   E-Mail: dwilson@kmwlaw.com
3  David K. Caplan (Bar No. 181174)
   E-Mail: dcaplan@kmwlaw.com
4  Christopher T. Varas (Bar No. 257080)
   E-Mail: cvaras@kmwlaw.com
5  Tara D. Rose (Bar No. 256079)
   E-Mail: trose@kmwlaw.com
6  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
7  Penthouse Suite
   Beverly Hills, California 90212
8  Telephone: (310) 248-3830
   Facsimile: (310) 860-0363
9
   Attorneys for Plaintiff
10 ZYNGA GAME NETWORK INC.

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16 ZYNGA GAME NETWORK INC.,            CASE NO.
   a Delaware Corporation,

17                                      COMPLAINT FOR:
                    Plaintiff,
18                                      (1) VIOLATION OF 17 U.S.C. § 501
           v.                           (2) VIOLATION OF 15 U.S.C. § 1125(a);
19                                      (3) VIOLATION OF 15 U.S.C. § 1125(d);
   TONY SANDERS, INDIVIDUALLY AND       (4) VIOLATION OF CAL. BUS. & PROF.
20 DOING BUSINESS AS                     CODE § 17200;
   MAFIAWARSBLUEPRINT.COM,              (5) STATE COMMON LAW
21 FARMVILLESECRETS.COM,                 TRADEMARK INFRINGEMENT; AND
   ROLLERCOASTERKINGDOMSECRETS.COM,     (6) COMMON LAW PASSING OFF AND
22 CAFEWORLDDOMINATION.COM,              UNFAIR COMPETITION
   FISHVILLESECRET.COM AND
23 FVSECRETS.COM; VINCENT CICINELLI,
   INDIVIDUALLY AND DOING BUSINESS AS
24 MAFIAWARSWIZARD.COM,                 DEMAND FOR JURY TRIAL
   MAFIAWARSCHEATER.COM,
25 FARMVILLEWIZARD.COM AND FARM-
   WIZARD.COM; WILLIAM BATES,
26 INDIVIDUALLY AND DOING BUSINESS AS
   FARMVILLEMILLIONAIRE.COM; JASON
27 FITZPATRICK, INDIVIDUALLY AND DOING
   BUSINESS AS FARM-EXPERT.COM, TROY
28 MITCHELL, INDIVIDUALLY AND DOING
   BUSINESS AS CAFEWORLDGUIDE.US;

CV 10  725

BZ

GREAT MERLE, AN UNKNOWN ENTITY;
ARJUN LAL, AN INDIVIDUAL; IVANA
MARKOVSKA, AN INDIVIDUAL; JOSHUA
MINTZ, AN INDIVIDUAL; KAREN PARESE,
AN INDIVIDUAL; AND JOHN DOE 1 DOING
BUSINESS AS
MAFIAWARSANNIHILATION.COM; JOHN
DOE 2 DOING BUSINESS AS
FARMVILLEGAMECHEATS.COM ; JOHN
DOE 3 DOING BUSINESS AS
MAFIAWARSBLUEPRINT.COM; JOHN DOE 4
DOING BUSINESS AS
FARMVILLESECRETS.COM; JOHN DOE 5
DOING BUSINESS AS FVSECRETS.COM;
JOHN DOE 6 DOING BUSINESS AS
ROLLERCOASTERKINGDOMSECRETS.COM;
JOHN DOE 7 DOING BUSINESS AS
CAFEWORLDDOMINATION.COM; JOHN
DOE 8 DOING BUSINESS AS
FISHVILLESECRET.COM; JOHN DOE 9
DOING BUSINESS AS
FARMVILLEMILLIONAIRE.COM; JOHN DOE
10 DOING BUSINESS AS FARM-
EXPERT.COM,

                Defendants.

///

///

///

///

///

///

CASE NO. _____
COMPLAINT

1        Plaintiff Zynga Game Network, Inc. ("Zynga") brings this Complaint against defendants

2    Tony Sanders, individually and doing business as MAFIAWARSBLUEPRINT.COM,

3    FARMVILLESECRETS.COM, ROLLERCOASTERKINGDOMSECRETS.COM,

4    CAFEWORLDDOMINATION.COM, FISHVILLESECRET.COM and FVSECRETS.COM;

5    Vincent Cicinelli, individually and doing business as MAFIAWARSWIZARD.COM,

6    MAFIAWARSCHEATER.COM, FARMVILLEWIZARD.COM and FARM-WIZARD.COM;

7    William Bates, individually and doing business as FARMVILLEMILLIONAIRE.COM; Jason

8    Fitzpatrick, individually and doing business as FARM-EXPERT.COM, Troy Mitchell, individually

9    and doing business as CAFEWORLDGUIDE.US; GREAT MERLE, an unknown individual or

10   entity; Arjun Lal, an individual; Ivana Markovska, an individual; Joshua Mintz, an individual; Karen

11   Parese, an individual; and JOHN DOE 1 doing business as MAFIAWARSANNIHILATION.COM;

12   JOHN DOE 2 doing business as FARMVILLEGAMECHEATS.COM ; JOHN DOE 3 doing

13   business as MAFIAWARSBLUEPRINT.COM; JOHN DOE 4 doing business as

14   FARMVILLESECRETS.COM; JOHN DOE 5 doing business as FVSECRETS.COM; JOHN DOE 6

15   doing business as ROLLERCOASTERKINGDOMSECRETS.COM; JOHN DOE 7 doing business

16   as CAFEWORLDDOMINATION.COM; JOHN DOE 8 doing business as

17   FISHVILLESECRET.COM; JOHN DOE 9 doing business as FARMVILLEMILLIONAIRE.COM;

18   JOHN DOE 10 doing business as FARM-EXPERT.COM for injunctive relief and damages under

19   the laws of the United States and the State of California.

20                                    **Nature of the Action**

21        1.     This is an action for violation of the United States Copyright Act, 17 U.S.C. § 501,

22   violation of the federal Lanham Act, 15 U.S.C. §§ 1125(a) and 1125(d); violation of the California

23   statutory law of unfair competition, Cal. Bus. & Prof. Code § 17200; and California common law

24   trademark infringement, passing off and unfair competition.

25                                      **The Parties**

26        2.     Plaintiff Zynga is a corporation organized and existing under the laws of the State of

27   Delaware and has its principal place of business in San Francisco, California.

28

                                                    CASE NO. _____

                                                       COMPLAINT

3.      On information and belief, defendant Tony Sanders is an individual who owns, controls and operates the domain names mafiawarsblueprint.com, farmvillesecrets.com, rollercoasterkingdomsecrets.com, cafeworlddomination.com, fishvillesecret.com and fvsecrets.com. Zynga is currently unaware of the location of defendant Tony Sanders. Zynga will amend this Complaint after it has discovered his location.

4.      On information and belief, defendant Vincent Cicinelli is an individual who owns, controls and operates the domain names mafiawarswizard.com, mafiawarscheater.com, farmvillewizard.com and farm-wizard.com. Zynga is currently unaware of the location of defendant Vincent Cicinelli. Zynga will amend this Complaint after it has discovered his location.

5.      On information and belief, defendant William Bates is an individual who owns, controls and operates the domain name farmvillemillionaire.com. Zynga is currently unaware of the location of defendant William Bates. Zynga will amend this Complaint after it has discovered his location.

6.      On information and belief, defendant Jason Fitzpatrick is an individual who owns, controls and operates the domain name farm-expert.com. Zynga is currently unaware of the location of defendant Jason Fitzpatrick. Zynga will amend this Complaint after it has discovered his location.

7.      On information and belief, defendant Troy Mitchell is an individual who owns, controls and operates the domain name cafeworldguide.us. Zynga is currently unaware of the location of defendant Troy Mitchell. Zynga will amend this Complaint after it has discovered his location.

8.      On information and belief, defendant Great Merle is an unknown entity currently residing or located in San Francisco, California, which owns, controls and operates the domain name fb-farmvillecheats.com.

9.      On information and belief, defendant Arjun Lal is an individual currently residing in Unionville, Ontario, Canada, who owns, controls and operates the domain names mafiawarswizard.com, mafiawarscheater.com, farmvillewizard.com and farm-wizard.com.

- 2 -

CASE NO. _____

COMPLAINT

1         10.    On information and belief, defendant Ivana Markovska is an individual currently

2    residing in Skopje, Macedonia, who owns, controls and operates the domain name

3    cafeworldguide.us.

4         11.    On information and belief, defendant Joshua Mintz is an individual currently residing

5    in Jackson, Tennessee, who owns, controls and operates the domain names

6    mafiawarsfacebookcheatcode.com, farmvillefacebookgamecheats.info and

7    cafeworldfacebookcheats.info.

8         12.    On information and belief, defendant Karen Parese is an individual currently residing

9    in Auckland, New Zealand, who owns, controls and operates the domain name

10   cafeworlddominationreview.com.

11        13.    JOHN DOE 1 is an unknown individual or entity which is doing business as

12   MAFIAWARSANNIHILATION.COM owns, controls and operates the domain name

13   mafiawarsannihilation.com.

14        14.    JOHN DOE 2 is an unknown individual or entity which is doing business as

15   FARMVILLEGAMECHEATS.COM owns, controls and operates the domain name

16   farmvillegamecheats.com.

17        15.    JOHN DOE 3 is an unknown individual or entity which is doing business as

18   MAFIAWARSBLUEPRINT.COM owns, controls and operates the domain name

19   mafiawarsblueprint.com.

20        16.    JOHN DOE 4 is an unknown individual or entity which is doing business as

21   FARMVILLESECRETS.COM owns, controls and operates the domain name farmvillesecrets.com.

22        17.    JOHN DOE 5 is an unknown individual or entity which is doing business as

23   FVSECRETS.COM owns, controls and operates the domain name fvsecrets.com.

24        18    JOHN DOE 6 is an unknown individual or entity which is doing business as

25   ROLLERCOASTERKINGDOMSECRETS.COM owns, controls and operates the domain name

26   rollercoasterkingdomsecrets.com.

27

28

CASE NO. _____

COMPLAINT

19.    JOHN DOE 7 is an unknown individual or entity which is doing business as CAFEWORLDDOMINATION.COM owns, controls and operates the domain name cafeworlddomination.com.

20.    JOHN DOE 8 is an unknown individual or entity which is doing business as FISHVILLESECRET.COM owns, controls and operates the domain name fishvillesecret.com.

21.    JOHN DOE 9 is an unknown individual or entity which is doing business as FARMVILLEMILLIONAIRE.COM owns, controls and operates the domain name farmvillemillionaire.com.

22.    JOHN DOE 10 is an unknown individual or entity which is doing business as FARM-EXPERT.COM owns, controls and operates the domain name farm-expert.com.

23.    Zynga is currently unaware of the identities of Defendants John Does 1-10, and therefore sues such defendants by such fictitious acronyms. Zynga is informed and believes that discovery will reveal the true identities of Defendants John Does 1-10. Zynga will amend this Complaint to identify Defendants John Does 1-10 by name after their identities are discovered. John Does 1-10, and the defendants identified in paragraphs 3-12 are hereinafter collectively referred to as "Defendants".

24.    On information and belief, the actions alleged herein to have been undertaken by Defendants were undertaken by each Defendant individually, were actions that each Defendant caused to occur, were actions that each Defendant authorized, controlled, directed, or had the ability to authorize, control or direct, and/or were actions in which each Defendant assisted, participated or otherwise encouraged, and are actions for which each Defendant is liable. Each Defendant aided and abetted the actions of the Defendants set forth below, in that each Defendant had knowledge of those actions, provided assistance and benefitted from those actions, in whole or in part. Each of the Defendants was the agent of each of the remaining Defendants, and in doing the things hereinafter alleged, was acting within the course and scope of such agency and with the permission and consent of each and every one of the other Defendants.

- 4 -

CASE NO. _____
COMPLAINT

**Jurisdiction and Venue**

25.    This action arises under the copyright laws of the United States, 17 U.S.C. § 501, *et seq*., the trademark laws of the United States, 15 U.S.C. § 1051, *et seq*., particularly under 15 U.S.C. §§ 1125(a) and 1125(d), as well as state unfair competition law and the common law of trademark infringement, passing off and unfair competition.  This Court has jurisdiction of the federal claims under 28 U.S.C. §§ 1331 and 1338, and 15 U.S.C. §§ 1116, 1121, and 1125.  This Court has supplemental jurisdiction of the state unfair competition claims under 28 U.S.C. § 1338(b), those claims being joined with a substantial and related claim under the Trademark Laws of the United States, and supplemental jurisdiction of all of the state law claims under 28 U.S.C. § 1367(a), those claims being so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative fact.

26.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2).

**Intradistrict Assignment**

27.    This being an Intellectual Property Action, the Court's Assignment Plan provides for assignment of this Action on a district-wide basis.  To the extent this Action may be deemed to have arisen in a particular county within this District, that county is San Francisco County on the grounds that a substantial part of the events or omissions which give rise to Zynga's claims occurred in San Francisco County, where Zynga is located.

**Factual Allegations**

28.    Zynga is the largest social gaming company, providing, *inter alia*, online card games, word games, board games, role playing games and party games, including but not limited to, Zynga Poker, Mafia Wars, YoVille, FarmVille, FishVille, Vampires, Café World, Street Racing, Roller Coaster Kingdom, Scramble and Word Twist.  Zynga's games are available on Facebook, MySpace, Bebo, Hi5, Friendster, Tagged, Yahoo!, the iPhone and iPod Touch, among others.

29.    Zynga's games have been a runaway success.  In July, 2008, Zynga had over 1.3 million daily active users and 20 million registered users.  As of January 1, 2009, Zynga had over 75 million registered users.  As of May, 2009, Zynga had more than 9.5 million daily users.  Today, Zynga has over 100 million unique users playing its games every month

CASE NO. _____

- 5 -

30. Some of Zynga's most popular properties include Mafia Wars, FarmVille, Roller Coaster Kingdom, Café World and FishVille.

31. Mafia Wars is a computer game for use on wireless devices and computers that allows users to start a virtual Mafia family with their friends and compete to become the most powerful family.

32. Zynga coined the service mark MAFIAWARS and has made use of the service mark MAFIA WARS in commerce since September 2008. Zynga coined the trademark MAFIAWARS and has made use of the trademark MAFIA WARS in commerce since April 2009.

33. Zynga currently owns United States Federal Trademark Application Serial No. 77772110 for the mark MAFIA WARS in International Class 009 for downloadable computer game software for use on wireless devices and computers, and International Class 041 for entertainment services, namely, providing on-line computer games.

34. Mafia Wars is the subject of registration TX0006911230 in the United States Copyright Office. Attached hereto as Exhibit A is a true and correct record reflecting this registration.

35. FarmVille is a computer game for use on wireless devices and computers that allows users to virtually "farm" with their friends by planting crops and raising farm animals.

36. Zynga coined the trademark and service mark FARMVILLE and has made use of the trademark and service mark FARMVILLE in commerce since June 19, 2009.

37. Zynga currently owns United States Federal Trademark Application Serial No. 77804837 for the word mark FARMVILLE in International Class 009 for downloadable computer software for use on wireless devices and computers, and International Class 041 for entertainment services, namely, providing on-line computer games.

38. Zynga also owns United States Federal Trademark Application Serial No. 77798840 for the FARMVILLE BY ZYNGA design mark in International Class 009 for downloadable computer software for use on wireless devices and computers, and International Class 041 for entertainment services, namely, providing on-line computer games.

CASE NO. _____
COMPLAINT

39.   FarmVille is the subject of registrations TXu001610517 and TX0006960171 in the United States Copyright Office.  Attached hereto as Exhibit B and Exhibit C are true and correct records reflecting these registrations.

40.   Roller Coaster Kingdom is a computer game for use on wireless devices and computers that allows users to compete with their friends to build the greatest theme park.

41.   Zynga coined the trademark and service mark ROLLER COASTER KINGDOM and has made use of the trademark and service mark ROLLER COASTER KINGDOM in commerce since July 28, 2009.

42.   Zynga currently owns United States Federal Trademark Application Serial No. 77818105 for the mark ROLLER COASTER KINGDOM in International Class 009 for downloadable computer game software for use on wireless devices and computers, and International Class 041 for entertainment services, namely, providing on-line computer games.

43.   Café World is a computer game for use on wireless devices and computers that allows users to choose from dozens of dishes to cook, and then slice, chop, saute and bake their way to the top of the culinary world.

44.   Zynga coined the trademark and service mark CAFÉ WORLD and has made use of the trademark and service mark CAFÉ WORLD in commerce since September 29, 2009.

45.   Zynga currently owns United States Federal Trademark Application Serial No. 77837791 for the mark CAFÉ WORLD in International Class 009 for computer game software, video games, online games, and game related applications; interactive video game programs; electronic games and game related applications that may be accessed via the internet, computers and wireless devices; computer software to enable uploading, posting, showing, displaying, tagging, blogging, sharing or otherwise providing electronic media or information in the fields of virtual communities, electronic gaming, entertainment, and general interest via the Internet or other communications networks with third parties, and International Class 041 for entertainment services, namely, providing computer games, enhancements for computer games, game applications, reviews of computer games, and information relating to computer games; providing an Internet website

- 7 -

CASE NO. _____
COMPLAINT

1  portal in the field of computer games, gaming and social networking; entertainment services,

2  namely, providing social games and information regarding social networking via the Internet.

3       46.    FishVille is a computer game for use on wireless devices and computers that allows

4  users to raise, in a virtual world, baby fish, feed them as they grow, and decorate their fish tanks with

5  friends.

6       47.    Zynga coined the trademark and service mark FISHVILLE and has made use of the

7  trademark and service mark FISHVILLE in commerce since November 5, 2009.

8       48.    Zynga currently owns United States Federal Trademark Application Serial No.

9  77842158 for the mark FISHVILLE in International Class 009 for computer game software, video

10  games, online games, and game related applications; interactive video game programs; electronic

11  games and game related applications that may be accessed via the internet, computers and wireless

12  devices; computer software to enable uploading, posting, showing, displaying, tagging. blogging,

13  sharing or otherwise providing electronic media or information regarding the fields of virtual

14  communities, electronic gaming, entertainment, and general interest via the Internet or other

15  communications networks with third parties, and International Class 041 for entertainment services,

16  namely, providing computer games, enhancements for computer games, game applications, reviews

17  of computer games, and information relating to computer games; providing an Internet website

18  portal in the field of computer games, gaming and social networking; entertainment services,

19  namely, providing social games and information regarding social networking via the Internet.

20       49.    The marks MAFIA WARS, FARMVILLE, ROLLER COASTER KINGDOM, CAFÉ

21  WORLD and FISHVILLE (the "Marks") are inherently distinctive, and furthermore, by virtue of the

22  extensive online sales and advertising under the Marks, the Marks have become well-known within

23  social gaming circles as a source identifier for the Mafia Wars, FarmVille, Roller Coaster Kingdom,

24  Café World and FishVille games (the "Games").

25       50.    Zynga makes the Games available through social networking websites and

26  applications (collectively "Providers"), including but not limited to those identified in Paragraph 28

27  above.

28

- 8 -

CASE NO. _____
COMPLAINT

1       51.   Without Zynga's authorization or approval, Defendants have registered numerous

2   Internet domain names, many of which include the Marks (the "Zynga Domain Names").  The

3   Zynga Domain Names include, but are not necessarily limited to:

4   <MAFIAWARSANNIHILATION.COM>, <MAFIAWARSBLUEPRINT.COM>,

5   <MAFIAWARSCHEATER.COM>, <MAFIAWARSFACEBOOKCHEATCODE.COM>,

6   <MAFIAWARSWIZARD.COM>, <FARMVILLEFACEBOOKGAMECHEATS.INFO>,

7   <FB-FARMVILLECHEATS.COM>, <FARMVILLEGAMECHEATS.COM>,

8   <FARMVILLEMILLIONAIRE.COM>, <FARMVILLESECRETS.COM>,

9   <FARMVILLEWIZARD.COM>, <ROLLERCOASTERKINGDOMSECRETS.COM>,

10   <CAFEWORLDDOMINATION.COM>, <CAFEWORLDDOMINATIONREVIEW.COM>.

11   <CAFEWORLDFACEBOOKCHEATS.INFO>, <CAFEWORLDGUIDE.US>, and

12   <FISHVILLESECRET.COM>. The specific defendants associated with each domain name are

13   referenced above in paragraphs 3-22.

14       52.   Defendants have also registered the Internet domain names (the "Domain Names"):

15   <FARM-WIZARD.COM>, <FARM-EXPERT.COM>, and <FVSECRETS.COM>.   The specific

16   defendants associated with each domain name are referenced above in paragraphs 3-22.

17       53.   Defendants have registered many of the domain names using privacy protection

18   services, thus preventing Zynga from accessing the name and contact information Defendants used

19   to register the following domain names: mafiawarsannihilation.com; mafiawarsblueprint.com;

20   farmvillegamecheats.com; farmvillemillionaire.com; farmvillesecrets.com; fvsecrets.com; farm-

21   expert.com; rollercoasterkingdomsecrets.com; cafeworlddomination.com; fishvillesecret.com.

22       54.   Without Zynga's authorization or approval, Defendants have established and operate

23   numerous websites (the "Infringing Websites") from the domain names through which they sell,

24   advertise or purport to sell "Virtual Guides" that customers can purportedly use to progress their way

25   through the Games.

26       55.   Defendants advertise and sell these "Virtual Guides" using the Marks and/or

27   confusingly similar misspellings or variations of the Marks.

28

- 9 -

CASE NO. _____

COMPLAINT

56.   Zynga has never authorized Defendants to use the Marks or to sell "Virtual Guides" for use in the Games.

57.   Zynga is informed and believes, and on this basis alleges, that Internet users have been confused into believing that Zynga has authorized, approved, sponsored, or is otherwise affiliated with Defendants' Infringing Websites and the "Virtual Guides" they sell or advertise.

58.   Zynga is informed and believes, and on this basis alleges, that Internet users searching for Zynga's Games have been diverted to the Infringing Websites as a result of Defendants' registration and use of the domain names.

59.   Defendants advertise that the "Virtual Guides" contain "hidden codes," "secret tactics," "cheat codes" and "techniques for dominating" the Games.  Attached hereto as Exhibits D through G are true and correct copies of examples of the Infringing Websites using such language to advertise the "Virtual Guides" they advertise or sell.

60.   Zynga is informed and believes, and on this basis alleges, that Internet users have been misled into believing that the "Virtual Guides" contain specialized information, including "hidden codes," "secret tactics," "cheat codes" and "techniques for dominating" the Games, when no such hidden codes, secret tactics, cheat codes or techniques exist.

61.   The Infringing Websites located at mafiawarsannihilation.com, mafiawarsblueprint.com and mafiawarsfacebookcheatcode.com are hereinafter collectively referred to as the "Mafia Wars Copyright Infringing Websites".  Defendants Joshua Mintz, Tony Sanders, JOHN DOE 1 and JOHN DOE 3, the operators of the Mafia Wars Copyright Infringing Websites, are hereinafter referred to as the "Mafia Wars Copyright Defendants".  The Mafia Wars Copyright Defendants advertise and sell these "Virtual Guides" using copyrighted images from Mafia Wars via the Mafia Wars Copyright Infringing Websites.

62.   The Infringing Websites located at farmvillefacebookgamecheats.info, fb-farmvillecheats.com, farmvillegamecheats.com, farmvillemillionaire.com, farmvillesecrets.com, farm-wizard.com and farm-expert.com are hereinafter collectively referred to as the "FarmVille Copyright Infringing Websites".  Defendants William Bates, Vincent Cicinelli, Jason Fitzpatrick, Great Merle, Arjun Lal, Joshua Mintz, Tony Sanders, JOHN DOE 2, JOHN DOE 4, JOHN DOE 9

CASE NO. _____

COMPLAINT

1  and JOHN DOE 10, the operators of the FarmVille Copyright Infringing Websites, are hereinafter

2  referred to as the "FarmVille Copyright Defendants". The FarmVille Copyright Defendants

3  advertise and sell these "Virtual Guides" using copyrighted images from FarmVille via the

4  FarmVille Copyright Infringing Websites.

5      63.    Zynga has never authorized the Mafia Wars Copyright Defendants to use images

6  from the Mafia Wars computer file.

7      64.    Zynga has never authorized the FarmVille Copyright Defendants to use images from

8  the FarmVille computer file.

9      65.    Zynga is informed and believes, and on this basis alleges, that the Mafia Wars

10  Copyright Defendants have infringed Zynga's copyrights in the Mafia Wars computer game by

11  displaying and/or reproducing images from the Mafia Wars game without authorization from Zynga.

12  The Mafia Wars Copyright Defendants have acted with willful disregard of Plaintiff's copyrights

13  and Plaintiff has sustained substantial damage as a result thereof.

14      66.    Zynga is informed and believes, and on this basis alleges, that the FarmVille

15  Copyright Defendants have infringed Zynga's copyrights in the FarmVille computer game by

16  displaying and/or reproducing images from the FarmVille game without authorization from Zynga.

17  The FarmVille Copyright Defendants have acted with willful disregard of Plaintiff's copyrights and

18  Plaintiff has sustained substantial damage as a result thereof.

19  **FIRST CAUSE OF ACTION**

20  **(Federal Copyright Infringement)**

21  **(17 U.S.C. § 501)**

22  **(Against the Mafia Wars Copyright Defendants and the FarmVille Copyright Defendants)**

23      67.    Zynga repeats, realleges and incorporates each and every allegation of the foregoing

24  paragraphs, as though fully set forth in this cause of action.

25      68.    At all relevant times, Zynga has owned all applicable rights, titles and interest in and

26  to the Mafia Wars and FarmVille games.

27      69.    Zynga have complied in all respects with Title 17 of the United States Code, secured

28  the exclusive rights and privileges in and to the above referenced copyrights, and in compliance with

- 11 -

CASE NO. _____

COMPLAINT

1  the law has received from the Register of Copyrights the appropriate certificates of registration,

2  which constitute prima facie evidence of the validity of the copyrights and of the facts stated in the

3  certificates.

4       70.     The Mafia Wars Copyright Defendants have infringed and continue to infringe

5  Plaintiff's copyrights by copying, using, and distributing Plaintiff's Mafia Wars images without the

6  consent of Plaintiffs and in complete disregard of Plaintiff's exclusive rights under copyright.

7       71.     The FarmVille Copyright Defendants have infringed and continue to infringe

8  Plaintiff's copyrights by copying, using, and distributing Plaintiff's FarmVille images without the

9  consent of Plaintiffs and in complete disregard of Plaintiff's exclusive rights under copyright.

10       72.     On information and belief, the Mafia Wars Copyright Defendants and the FarmVille

11  Copyright Defendants have acted with full knowledge of Plaintiff's rights under copyright without

12  regard for the damage to Plaintiffs created by the Copyright Defendants' activities.

13       73.     The Mafia Wars Copyright Defendants' actions and the FarmVille Copyright

14  Defendants' actions demonstrate an intentional, willful, and malicious intent to infringe upon

15  Plaintiff's copyrights to the great and irreparable injury to Plaintiffs.

16       74.     The Mafia Wars Copyright Defendants and the FarmVille Copyright Defendants have

17  unlawfully and wrongfully derived, and will continue to derive, income and profits from their

18  infringing acts.

19       75.     Plaintiff has no adequate remedy at law.  The said conduct of the Mafia Wars

20  Copyright Defendants and the FarmVille Copyright Defendants has caused and, if not enjoined, will

21  continue to cause irreparable damage to the rights of Plaintiff.

22       76.     As a result of the Mafia Wars Copyright Defendants and the FarmVille Copyright

23  Defendants' wrongful conduct, Plaintiff is entitled to injunctive relief and damages in an amount to

24  be proven at trial.

25  //

26  //

27  //

28  //

CASE NO. _____
COMPLAINT

1     ## SECOND CAUSE OF ACTION

2     ### (False Designation of Origin Regarding the Marks)

3     ### (15 U.S.C. § 1125(a))

4     ### (Against All Defendants)

5           77.     Zynga repeats, realleges and incorporates each and every allegation of the foregoing

6     paragraphs, as though fully set forth in this cause of action.

7           78.     Defendants' use of the Marks constitute use of a false designation of origin or false

8     and misleading representation in interstate commerce that wrongfully and falsely designates,

9     describes and represents that Defendants' products and services are connected, affiliated or

10    associated with, or authorized by Zynga, and is likely to cause confusion as to Defendants'

11    affiliation, connection or association with Zynga, or as to the origin, sponsorship, approval or

12    authorization of Defendants' products or services by Zynga in violation of 15 U.S.C. §1125(a).

13          79.     Defendants' conduct as alleged herein has been undertaken willfully and maliciously,

14    and with full knowledge and in conscious disregard of Zynga's rights. Defendants' conduct has

15    caused and will continue to cause Zynga irreparable harm for which there is no adequate remedy at

16    law, and is also causing damage to Zynga in an amount which cannot be accurately computed at this

17    time but will be proven at trial.

18    ## THIRD CAUSE OF ACTION

19    ### (Federal Cybersquatting Regarding the Marks)

20    ### (15 U.S.C. § 1125(d))

21    ### (Against the Owners, Operators and/or Registrants of the Zynga Domain Names)

22          80.     Zynga repeats, realleges and incorporates each and every allegation of the foregoing

23    paragraphs, as though fully set forth in this cause of action.

24          81.     Defendants have registered and used the Zynga Domain Names willfully and with a

25    bad faith intent to profit from the Marks.

26          82.     The Marks were distinctive at the time of registration of the Zynga Domain Names

27    and remain distinctive today.

28          83.     The Zynga Domain Names were confusingly similar to the Marks at the time

CASE NO. _____

- 13 -

COMPLAINT

1    Defendants registered them, and they remain so today.

2         84.    Defendants' conduct as alleged herein has been undertaken willfully and maliciously

3    and with full knowledge and in conscious disregard of Zynga's rights.  Defendants' bad faith

4    registration of the Zynga Domain Names have caused Zynga irreparable harm for which there is no

5    adequate remedy at law, and has also caused damage to Zynga in an amount which cannot be

6    accurately computed at this time but will be proven at trial, or at Zynga's election, entitles Zynga to

7    an award of statutory damages in an amount to be determined by the Court.

8                              **FOURTH CAUSE OF ACTION**

9                          **(California Statutory Unfair Competition)**

10                  **(California Business and Professions Code § 17200, *et seq.*)**

11                              **(Against All Defendants)**

12        85.    Zynga repeats, realleges and incorporates each and every allegation of the foregoing

13   paragraphs, as though fully set forth in this cause of action.

14        86.    Defendants are making unauthorized commercial use of the Marks in a deliberate,

15   willful, intentional and wrongful attempt to trade on Zynga's goodwill, reputation and financial

16   investments in the Marks.

17        87.    By reason of Defendants' conduct as alleged herein, Defendants have engaged in

18   unlawful, unfair and/or fraudulent ongoing business practices in violation of California Business &

19   Professions Code § 17200.

20        88.    As a direct result of Defendants' unfair competition with regard to the Marks,

21   Defendants have unlawfully acquired, and continue to acquire on an ongoing basis, an unfair

22   competitive advantage and have engaged in, and continue to engage in, wrongful business conduct to

23   Defendants' monetary advantage and to the detriment of Zynga.

24        89.    Defendants' conduct as alleged herein has been undertaken willfully and maliciously,

25   and with full knowledge and in conscious disregard of Zynga's rights.

26        90.    Defendants' illegal and unfair business practices are continuing, and injunctive relief

27   pursuant to California Business and Professions Code § 17203 is necessary to prevent and restrain

28   further violations by Defendants.

                                                      CASE NO. _____
                              - 14 -
                                                         COMPLAINT

1   91.   This Court has jurisdiction over the subject matter of this claim pursuant to the

2   provisions of 28 U.S.C. § 1338(b), this being a claim of unfair competition joined with a substantial

3   and related claim under the Trademark Laws of the United States, and under 28 U.S.C. § 1367.

4   ## FIFTH CAUSE OF ACTION

5   ### (Common Law Trademark Infringement of the Marks)

6   ### (Against All Defendants)

7   92.   Zynga repeats, realleges and incorporates each and every allegation of the foregoing

8   paragraphs, as though fully set forth in this cause of action.

9   93.   Defendants' unauthorized use of the Marks constitutes trademark infringement and

10   are likely to cause confusion, deception and mistake among the consuming public and trade as to the

11   source of, and authorization for the products and/or services sold and/or advertised by Defendants in

12   violation of the common law of the State of California.

13   94.   Defendants' conduct as alleged herein has been undertaken willfully and maliciously,

14   and with full knowledge and in conscious disregard of Zynga's rights.

15   95.   As well as harming the public, Defendants' conduct as alleged herein has caused and

16   will continue to cause Zynga irreparable harm for which there is no adequate remedy at law, and is

17   also causing damage to Zynga in an amount which cannot be accurately computed at this time but

18   will be proven at trial.

19   96.   This Court has jurisdiction over the subject matter of this claim pursuant to the

20   provisions of 28 U.S.C. § 1338(b), this being a claim of infringement joined with a substantial and

21   related claim under the Trademark Laws of the United States, and under 28 U.S.C. § 1367.

22   ## SIXTH CAUSE OF ACTION

23   ### (California Common Law Passing Off and Unfair Competition)

24   ### (Against All Defendants)

25   97.   Zynga repeats, realleges and incorporates each and every allegation of the foregoing

26   paragraphs, as though fully set forth in this cause of action.

27   98.   By virtue of their conduct as alleged herein, Defendants have engaged and are

28   engaging in unfair competition and passing off under the common law of the State of California.

CASE NO. _____

- 15 -

COMPLAINT

99.     As well as harming the public, Defendants' conduct as alleged herein has caused and will continue to cause Zynga irreparable harm for which there is no adequate remedy at law, and is also causing damage to Zynga in an amount which cannot be accurately computed at this time but will be proven at trial.

100.     Defendants' actions were undertaken intentionally to obtain an unfair advantage over Zynga and in conscious disregard of Zynga's rights, and were malicious, oppressive and/or fraudulent. Zynga requests punitive or exemplary damages pursuant to California Civil Code § 3294(a) in an amount sufficient to punish and deter Defendants and to make an example of them.

101.     This Court has jurisdiction over the subject matter of this claim pursuant to the provisions of 28 U.S.C. § 1338(b), this being a claim of unfair competition joined with a substantial and related claim under the Trademark Laws of the United States, and under 28 U.S.C. § 1367.

## REQUEST FOR RELIEF

Zynga requests that this Court:

A.     Enter a permanent injunction enjoining Defendants and their officers, directors, agents, employees, representatives and all persons or entities acting in concert or participation with Defendants from infringing any of Zynga's trademarks, including without limitation using the Marks MAFIA WARS, FARMVILLE, ROLLER COASTER KINGDOM, CAFÉ WORLD and FISHVILLE and/or confusingly similar misspellings or variations thereof, alone or in combination with any other words or phrases, in a manner that is likely to cause confusion with respect to the Marks or with respect to Zynga's approval or authorization of Defendants' actions, including but not limited to enjoining Defendants from registering any Internet domain names containing the terms MAFIA WARS, FARMVILLE, ROLLER COASTER KINGDOM, CAFÉ WORLD and FISHVILLE and/or of confusingly similar misspellings or variations thereof, alone or in combination with any other terms;

B.     Enter a permanent injunction enjoining Defendants and their officers, directors, agents, employees, representatives and all persons or entities acting in concert or participation with Defendants from selling, offering for sale, advertising, exchanging, trading or otherwise dealing in "Virtual Guides" for use in the Games;

- 16 -

CASE NO. _____
COMPLAINT

1       C.      Enter a permanent injunction requiring Defendants and their officers, directors,

2   agents, employees, representatives and all persons or entities acting in concert or participation with

3   Defendants to immediately cease any conduct suggesting or tending to suggest that any products or

4   services they advertise or offer for sale are directly or indirectly sponsored or approved by, or

5   affiliated with Zynga;

6       D.      That a permanent injunction be issued enjoining and restraining the Mafia Wars

7   Copyright Defendants and their officers, directors, agents, employees, representatives and all

8   persons or entities acting in concert or participation with the Mafia Wars Copyright Defendants,

9   from:

10              i.   Using, displaying, exhibiting, reproducing, distributing, selling or offering for

11                   sale, any product or service featuring images from the Mafia Wars computer

12                   file, without prior authorization from Zynga; and

13              ii.  Effecting assignments or transfers, forming new entities or associations or

14                   utilizing any other device for the purpose of circumventing or otherwise

15                   avoiding the prohibitions set forth herein;

16      E.      That a permanent injunction be issued enjoining and restraining the FarmVille

17  Copyright Defendants and their officers, directors, agents, employees, representatives and all

18  persons or entities acting in concert or participation with the FarmVille Copyright Defendants, from:

19              i.   Using, displaying, exhibiting, reproducing, distributing, selling or offering for

20                   sale, any product or service featuring images from the FarmVille computer

21                   file, without prior authorization from Zynga; and

22              ii.  Effecting assignments or transfers, forming new entities or associations or

23                   utilizing any other device for the purpose of circumventing or otherwise

24                   avoiding the prohibitions set forth herein;

25      F.      Order the transfer of the Zynga Domain Names and any other Internet domain names

26  Defendants have registered that are identical or confusingly similar to the Marks, to Zynga;

27

28

                                                        CASE NO _____
                                    - 17 -             COMPLAINT

1      G.      Order the transfer of any other Internet domain names Defendants are using in

2    connection with the sale, offering for sale, advertisement, or exchange of "Virtual Guides" for use in

3    the Games, to Zynga;

4      H.      Enter a finding that Defendants' actions were willful, deliberate, and malicious;

5      I.      Award Zynga damages in an amount to be proven at trial that will be trebled pursuant

6    to the applicable statute, as well as pre-judgment and post-judgment interest;

7      J.      Award Zynga statutory damages in the amount of $100,000 as well as pre-judgment

8    and post-judgment interest for each and every Internet domain name Defendants have registered that

9    is identical or confusingly similar to the Marks;

10     K.      As to Plaintiff's claims for federal copyright infringement, that Plaintiff be awarded

11   damages for the Mafia Wars Copyright Defendants' copyright infringement as: (i) the Mafia Wars

12   Copyright Defendants' profits derived from their unlawful infringement of the Mafia Wars computer

13   file; or (ii) statutory damages for each act of infringement in an amount provided by law, as set forth

14   in 17 U.S.C. § 504, at Plaintiff's election before the entry of a final judgment, together with

15   prejudgment and post-judgment interest;

16     L.      As to Plaintiff's claims for federal copyright infringement, that Plaintiff be awarded

17   damages for the FarmVille Copyright Defendants' copyright infringement as: (i) the FarmVille

18   Copyright Defendants' profits derived from their unlawful infringement of the FarmVille computer

19   file; or (ii) statutory damages for each act of infringement in an amount provided by law, as set forth

20   in 17 U.S.C. § 504, at Plaintiff's election before the entry of a final judgment, together with

21   prejudgment and post-judgment interest;

22     M.      Enter an order, pursuant to 15 U.S.C. § 1118 and other applicable law, directing

23   Defendants to deliver for destruction all products in their possession or under their control that

24   infringe Zynga's intellectual property rights;

25     N.      Award Zynga punitive damages in an amount sufficient to punish and deter

26   Defendants;

27     O.      Enter an award of attorneys' fees and costs pursuant to California law and/or 15

28   U.S.C. § 1117; and

- 18 -

CASE NO. _____
COMPLAINT

1    P.    Award any such other and further relief as this Court deems just and proper.

2          **PLAINTIFF ZYNGA HEREBY DEMANDS A TRIAL BY JURY.**

3

4    Dated: February 18, 2010                    By:_____

5                                                       Dennis L. Wilson
                                                     Keats McFarland & Wilson LLP
6                                                    Attorney for Plaintiff
                                                     ZYNGA GAME NETWORK INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           - 19 -            CASE NO _____
                                                             COMPLAINT

1

## DEMAND FOR JURY TRIAL

2      Plaintiff Zynga Game Network Inc. hereby demands a trial by jury on all issues for which a

3  jury trial may be had.

4

5  Dated:  February 18, 2010                          Respectfully submitted,

6                                                     KEATS MCFARLAND & WILSON LLP

7

8                                                     By:_____

9                                                        Dennis L. Wilson
                                                         Attorney for Plaintiff
10                                                       ZYNGA GAME NETWORK INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         - 20 -                    CASE NO. _____
                                                                   COMPLAINT

Type of Work:        Computer File

Registration Number / Date:
                     TX0006911230 / 2009-04-09

Application Title: Mafia Wars.

Title:               (No title on deposit)

Description:         Electronic file (eService)

Copyright Claimant:
                     Zynga Game Network Inc.

Date of Creation:  2009

Date of Publication:
                     2009-02-10

Nation of First Publication:
                     United States

Authorship on Application:
                     Zynga Game Network Inc., employer for hire; Domicile:
                        United States; Citizenship: United States. Authorship:
                        computer program.

Alternative Title on Application:
                     Dope Wars

Copyright Note:      C.O. correspondence.

Names:               Zynga Game Network Inc.

==============================================================================

EXHIBIT   A
PAGE ___ 21

2/12/2010 10:16 AM

# Exhibit B

*Zynga Game Network Inc., v. Tony Sanders, et al.*

Case No.

COMPLAINT

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

```
Type of Work:      Computer File

Registration Number / Date:
                   TXu001610517 / 2009-08-06

Application Title: Farmville.

Title:             Farmville.

Description:       Electronic file (eService)

Copyright Claimant:
                   Zynga Game Network Inc., Transfer: By written agreement.

Date of Creation:  2009

Authorship on Application:
                   Zynga Game Network Inc., employer for hire; Domicile:
                      United States; Citizenship: United States. Authorship:
                      computer program.
                   MyMiniLife, Inc. (author of anonymous contribution),
                      employer for hire; Domicile: United States; Citizenship:
                      United States. Authorship: computer program.

Names:             Zynga Game Network Inc.
                   MyMiniLife, Inc.
```

EXHIBIT   B
PAGE   22

2/12/2010 10:17 AM

# Exhibit C

*Zynga Game Network Inc., v. Tony Sanders, et al.*

Case No.

COMPLAINT

Type of Work:     Computer File

Registration Number / Date:
                  TX0006960171 / 2009-08-10

Application Title: FarmVille HTML Software.

Title:            FarmVille HTML Software.

Description:      Print Material.

Copyright Claimant:
                  Zynga Game Network Inc.

Date of Creation: 2009

Date of Publication:
                  2009-06-19

Nation of First Publication:
                  United States

Authorship on Application:
                  Zynga Game Network Inc., employer for hire; Domicile:
                  United States; Citizenship: United States. Authorship:
                  computer program.

Pre-existing Material:
                  computer program, "Original MyMiniLife HTML Software"
                  (rights transferred to claimant)

Basis of Claim:  computer program, Modification of existing software and
                  addition of new software.

Copyright Note:  C.O. correspondence.

Names:           Zynga Game Network Inc.

==============================================================================

EXHIBIT   C
PAGE   23

# Exhibit D

*Zynga Game Network Inc., v. Tony Sanders, et al.*

Case No.

COMPLAINT



Mafia Wars Blueprint | Mafia Wars Strategy | Mafia Wars Guide

www.Mafiawarsblueprint.com

## Mafia Wars Godfather Unlocks the Hidden Code Needed to Dominate Your Way to the Top Seat in Facebook and MySpace, Building the Ultimate Mafia and Removing Anyone Who Stands In Your Way

### (Click Play to See a Tour of My Insane Account!)

If you've ever wanted to recruit an obscene number of Mafia members and level up in a ridiculously short time, easily get godfather points on demand, this is the most important page you will ever read...

**Just Press Play!** And Learn How the Ultimate Mafia Wars Pro Recruited 1947 Members with $9.9 Trillion in the Bank and Achieved Level 877 in Record Time! Learn to build your Mafia at record speed, never lose a fight, never get robbed and dominate every hit list target you strike. Reach the top knowing how to be the Ultimate Godfather...

Name: Tony 'T Dub' Sanders
Date: February 12, 2010

Are you sick of having so little energy points to complete jobs? Is this causing you to lose valuable time and you find leveling up a nightmare? Are you constantly getting beaten and bullied by other Mafia Wars players? Tired of losing battles and needing to beg people to join your Mafia?

http://mafiawarsblueprint.com/ (1 of 14)2/12/2010 2:30:46 AM

EXHIBIT  D
PAGE    24

Mafia Wars Blueprint | Mafia Wars Strategy | Mafia Wars Guide

# Is Getting to Your Ideal Level Taking Too Long?

You have come to the right place. I know that you have seen the insane ways that players around the globe seem to be able to **create and build their mafias at breakneck speed**, growing their Godfather points, knocking off competition and easily dominating the world's largest social networking game with practiced ease.

**I saw it too and I was amazed.**

How do these guys do this? What are their secrets? Are they real mobsters in real life? Do they have super charismatic skills that make people want to join their Mafia? The answers are all here.

## Case Study From the Beta Testers...

Shortly after I launched my guide, I decided to do a **case study** and document the results of players who used my guide. After all, my reputation was on the line and I was determined for **my guide to be extremely effective and easy to understand.** I made a post on my blog and I chose 2 applicants (sorry to the other $86!) who were a level 2 and 5. My instructions to them was simple. **Play the game for no more than 2 hours a day for the next 8 days.**

## And the Results?



**$6 Billion, 952 Godfather Points and 673 Mafia Followers in 8 Days...**

At the start, I was just like you. Mafia of 50, Godfather points of 10, $35,335 in cash, not knowing what to do... it was bloody frustrating! Eventually, I got fed up and decided to start learning exactly what it took to become one of these epic Godfathers. I logged on, started researching and did a lot of in-depth spying. It turns out that these guys aren't just masters of the game – they are geniuses.

http://mafiawarsblueprint.com (2 of 11)2/12/2010 2:30:46 AM

EXHIBIT __D__
PAGE __25__

But they are careful geniuses, guarding their secrets like Fort Knox. It took weeks of research. I would find them on forums, contact them on Facebook, MySpace, and Twitter. I would look over shoulders on the train and email them secretly from second and third email addresses. To put it simply, I dug everywhere I could find dirt.

**And eventually, I struck gold.**

But, here's the joke, the part that made me truly laugh. These strategies aren't just amazingly effective, they're so simple, I couldn't believe I hadn't thought of them before. The top secret strategies that Mafia Godfathers around the world are using to amass Godfather Points and build their Mafias to 500 even before they start playing the game are ridiculously simple.

## I Was Shocked Seeing How Easy It Was!

How could I have missed this? How could I not have seen the secrets so plainly in front of me. So, I started testing them. I built my mafia using these top secret methods and you won't believe how fast I did it. It took me less than three days to get 500 people into my mafia, before I even took on a single job. Now, I have a fully armed, highly outfitted crew that *dominates* everyone I come in contact with. And to top it all off, ==the competition is MAD.==

## I'm Always on a Hit List!

It's a good thing this isn't the real mafia because those guys I was spying on, that I was gathering my secrets from, they're not very happy. In fact they HATE me for what I've done... digging up all their secrets and now sharing them with the world. Some even THREATENED me with HATE e-mails and sent viruses and Trojans to me!

**But I had to share the secrets.** I spend months figuring out what it takes to ==master the upper reaches of Mafia Wars== and I'm not going to be bullied around by the big Mafias out there who don't want to see these secrets getting leaked. So, I did what I knew best. I created a guide that spills the beans on everything you need to know. Every little detail the big Mafias have worked so hard to keep me from sharing is all here.

## "Introducing the Mafia Wars Blueprint. . ."

EXHIBIT ___D___
PAGE ___26___